UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN CARTER, | : | Case No. 1:24-cv-00832-TWT |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Judge Thomas W. Thrash, Jr. |
| DIVIDEND SOLAR FINANCE LLC, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Brian J. Levy is no longer affiliated with the law firm of Burr & Forman LLP and hereby moves to withdraw as counsel of record for Defendant. Defendant will continue to be represented by the firm of Burr & Forman LLP.

WHEREFORE, the undersigned requests that the Court enter an Order permitting Brian J. Levy to withdraw as counsel of record for Defendant.

[SIGNATURE APPEARS ON THE FOLLOWING PAGE.]

This 22nd day of March, 2024.

                              **MORRIS, MANNING & MARTIN, LLP**

                              */s/ Brian J. Levy*
                              Brian J. Levy
                              Georgia Bar No. 302518
                              blevy@mmmlaw.com
                              1600 Atlanta Financial Center
                              3343 Peachtree Road NE
                              Atlanta, Georgia 30326
                              Telephone: (404) 233-7000
                              Facsimile: (404) 365-9532

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the attorneys of record.

This 22nd day of March, 2024.

**MORRIS, MANNING & MARTIN, LLP**

*/s/ Brian J. Levy*
Brian J. Levy
Georgia Bar No. 302518
blevy@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532